IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHRISTOPHER SHAWN TUTER
REG. #08691-062                                                                                          PETITIONER

VS.                                            2:06CV00201 JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                        RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #1), is DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 16th day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE